■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIEN K. MEDINA, Appellant. [854 NYS2d 902]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered November 1, 2005, convicting him of robbery in the second degree and petit larceny, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his convictions is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Finger,* 95 NY2d 894 [2000]; *People v Cortes,* 44 AD3d 1068 [2007], *lv denied* 10 NY3d 763 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Hepp,* 40 AD3d 880 [2007]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Finally, the defendant's contention that the verdict was repugnant is unpreserved for appellate review and, in any event, is without merit (*see People v Alfaro,* 66 NY2d 985 [1985]; *People v Walker,* 175 AD2d 146 [1991]). Lifson, J.P., Florio, Eng and Chambers, JJ., concur.